1  Brian L. Hoffman (State Bar No. 150824)
   bhoffman@wshblaw.com
2  **WOOD, SMITH, HENNING & BERMAN LLP**
   10960 Wilshire Boulevard, 18th Floor
3  Los Angeles, California 90024-3804
   Phone: 310-481-7600 ♦ Fax: 310-481-7650
4
   Attorneys for Defendant, ONELEGACY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MADELEINE CAMMARATA, an individual, VINCENT CAMMARATA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ONELEGACY FOUNDATION, a California Nonprofit, DONATE LIFE CALIFORNIA, a California Nonprofit Public Benefit Corporation, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, and DOES 1-50,<br><br>Defendants. | Case No. 2:20-cv-10446<br><br>**REQUEST FOR HEARING RE IN RESPONSE TO PLAINTIFFS' TEMPORARY RESTRAINING ORDER**<br><br>The Hon. Philip S. Gutierrez<br><br>Trial Date:  None Set |

Defendant, OneLegacy, respectfully requests the Court for a hearing re Plaintiffs' Request for Restraining Order. .

DATED:  November 17, 2020         WOOD, SMITH, HENNING & BERMAN LLP

                                  By: _____
                                        BRIAN L. HOFFMAN
                                  Attorneys for Defendant, ONELEGACY

**PROOF OF SERVICE**
**Cammarata v. OneLegacy**
**2:20-cv-20-10446**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On November 17, 2020, I served the following document(s) described as **REQUEST FOR HEARING RE IN RESPONSE TO PLAINTIFFS' TEMPORARY RESTRAINING ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address mhernandez@wshblaw.com to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 17, 2020, at Los Angeles, California.

/s/ Martha B. Hernandez
Martha B. Hernandez

16128184.1:05000-0955

-2-

REQUEST FOR HEARING RE IN RESPONSE TO PLAINTIFFS' TEMPORARY RESTRAINING ORDER

**SERVICE LIST**
**Cammarata v. OneLegacy**
**2:20-cv-20-10446**

SHANE BERNARD, ESQ. (SBN 298662)
BERNARD & BERNARD
10990 Wilshire Blvd. Suite 1050
Los Angeles, CA 90024
Tel: (310) 312-0220
Email: sjb@bblaw.org
**Attorney for Plaintiff, VINCENT CAMMARATA**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

16128184.1:05000-0955                -3-
REQUEST FOR HEARING RE IN RESPONSE TO PLAINTIFFS' TEMPORARY RESTRAINING ORDER