UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 20-10446 PSG (KSx) | Date | November 18, 2020 |
|---|---|---|---|
| Title | Madeleine Cammarata, et al. v. OneLegacy Foundation, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   **The Court VACATES the Temporary Restraining Order and DISMISSES the case**

On November 15, 2020, the Court granted Plaintiff's *ex parte* request for a temporary restraining order. Dkt. # 2. Given the exigencies of the circumstances, the Court recognized it would have been practically impossible for Plaintiff to file a Complaint before filing the TRO request. *See id.* Therefore, the Court granted Plaintiff's request, but instructed Plaintiff to file a Complaint by November 18, 2020. *Id.* at 3. It is now past the close of business on November 18, 2020. Plaintiff has had ample time to file a complaint. Accordingly, the Court **VACATES** the TRO at Dkt. # 2 and **DISMISSES** the case.

**IT IS SO ORDERED.**